17 A.3d 869

**In the Interest of G.O.**

**Petition of G.O.**

**No. 148 EM 2010.**

Supreme Court of Pennsylvania.

Jan. 25, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of January, 2011, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**